STATE of Missouri, Respondent,

v.

Marc A. POWELL, Appellant.

No. WD 67460.

Missouri Court of Appeals,
Western District.

Dec. 26, 2007.

Craig Allan Johnston, Columbia, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jayne T. Woods, Asst. Atty. Gen., Jefferson City, MO, for Respondent.

Before RONALD R. HOLLIGER, P.J., HAROLD L. LOWENSTEIN, and JAMES M. SMART, JR., JJ.

### Order

PER CURIAM.

Marc Powell appeals his convictions for one count of burglary in the first degree, two counts of felony murder, and two counts of armed criminal action.

Having carefully considered the contentions on appeal, we find no grounds for reversing the decision. Publication of a formal opinion would not serve jurisprudential purposes or add to understanding of existing law. The judgment is affirmed. Rule 30.25(b).

Paula Lou TERRELL, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 67437.

Missouri Court of Appeals,
Western District.

Dec. 26, 2007.

Appeal from the Circuit Court of Howard County, Michael Lyons Midyett, Judge.

Mark A. Grothoff, Columbia, MO, for Appellant.

Shaun J. Mackelprang, Jefferson City, MO, for Respondent.

Before LISA WHITE HARDWICK, P.J., JAMES M. SMART, JR., and JAMES EDWARD WELSH, JJ.

### ORDER

Paula Terrell appeals the circuit court's judgment denying her Rule 24.035 motion for post-conviction relief after an evidentiary hearing. We affirm. Rule 84.16(b).